IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Roger O'Neill Bostick, | ) | Civil Action No. 8:07-727-JFA-BHH |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden of Broad River Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Fourth Circuit's decision and its mandate filed January 25, 2010, this court granted the petitioner's writ of habeas corpus. The State of South Carolina was directed to grant Mr. Bostick a direct appeal no later than May 1, 2010 or release him from prison pursuant to the Fourth Circuit mandate.

Since that order was filed on January 5, 2010, the State has filed two status reports advising this court that on March 5, 2010, it granted Bostick a belated appeal. The State issued a writ of certiorari to review Bostick's direct appeal issues and directed the parties to serve and file briefs in accordance with Rules 208-211, SCACR.

On May 11, 2010, the petitioner mailed a letter to the court contending that the State has ignored this court's order directing that he be allowed to file a direct appeal.

Counsel for the State is hereby requested to file a response to the petitioner's letter so that the court may be apprised of the status of this matter.

IT IS SO ORDERED.

May 14, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge